FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2018 MAR 16 PM 12:27

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **'18-CV-00627**
(To be supplied by the court)

_Rennie Tims_____, Plaintiff

v.

_Comcast_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

9796 E. Mexico Ave #1205 Aurora Co 80247 Bennie Imus
(Name and complete mailing address)

(303) 995-1750  bennie@gmail.com
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Comcast 1701 JFK Blvd Philadelphia, PA 19103
(Name and complete mailing address)

1-215-286-1700
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

C. **JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

__X__ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

_____ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

__X__ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

_____ Other: *(please specify)* _____

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____

The conduct complained of in this claim involves the following: *(check all that apply)*

___ failure to hire     _X_ different terms and conditions of employment

_X_ failure to promote     ___ failure to accommodate disability

_X_ termination of employment     _X_ retaliation

___ other: *(please specify)* _____

Defendant's conduct was discriminatory because it was based on the following: *(check all that apply)*

_X_ race     ___ religion     ___ national origin     _X_ age

_X_ color     ___ sex     ___ disability

Supporting facts: Improper Training
harassment
retaliation
lack of promotions
ostracized
lack of opportunities
Not fairly compensated

3

CLAIM TWO: _____

The conduct complained of in this claim involves the following: (*check all that apply*)

    ___ failure to hire      ___ different terms and conditions of employment

    ___ failure to promote      ___ failure to accommodate disability

    ___ termination of employment      ___ retaliation

    ___ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

    _X_ race      ___ religion      ___ national origin      _X_ age

    _X_ color      ___ sex      ___ disability

    Supporting facts:

**Click Here for Additional Claim**

## E. ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

☒ Yes (***You must attach a copy of the administrative charge to this complaint***)

☐ No

Have you received a notice of right to sue? (*check one*)

☒ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

☐ No

## F. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."* Would like to be made whole because of what I have experienced- Compensated for time and suffering, Court + Attorney fees, what I should have made with undergraduate degree and what I would make in the future (graduate fall 2018. M.S. Organizational Leadership).

## G. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

3/16/2018
_____
(Date)

(Revised December 2017)

D. Statement of Claims

Retaliation
- I was terminated due to my complaint of harassment against a manager.
- This retaliation was a concern prior to termination because it affected being promoted while other less qualified persons were.
- Ostracized by not being able to train incoming employees into department, while less qualified individuals were.
- Terminated without being on a PIP.

Race + Age
- Individuals were granted interview in engineering from work area. One African American female with less experience and other white male both, much younger in age + experience in telecom.

Color
- male and female(2) African Americans supervisors acted as gatekeepers for upper management and they also prevented with their actions concerning my advancement.

Retaliation
- Voiced concerns about not being moved from area after my harassment claim to HR. HR representative became defensive and refused to provide any information. Tried contacting HR on various occasion via email and/or instant messaging - no response.

D. Statement of Clause
retaliation
- Instead of current supervisor providing end-of-year performance evaluation. The supervisor I filed complaint against provided the evaluation. He was supervisor the first half of the year (approx 6 month) and the other supervisor (6 months).
- The supervisor who had complaint filed against him had me take or retake training when ~~to~~ performance was never under PIP.
- Compensation was the same or less than persons who had 1 product knowledge
- Discrepancy about QA brought to supervisor attention. Threatened with being investigated.
- Bringing process improvement up to a Senior leader and being threatened with Termination.
- Being referred to an offensive term by a senior leader.