5/15/18                                                                    Case # 18-CV-00627

United States District of Colorado,

    I would like to file a motion to dismiss case # 18-CV-00627, due to time constraints and monetary issues. This is the most appropriate action to take at this particular time. In addition, I would like to have information removed from public record.

*Bennie [signature]*

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2018 MAY 15 PM 12:22
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

address: 9796 E Mexico Ave
#205
Denver Co 80247